# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DOE, et al.,<br><br>    Defendants. | **Case No. 1:17-cv-00429-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EARLY DISCOVERY**<br><br>**(Docs. 8, 11)** |

Plaintiff has filed two motions seeking to open discovery. He also seeks copies of various policies, guidelines, reports and information with which to amend his pleading in this action. (Docs. 8, 11.) However, on June 28, 2017, the Court ordered Plaintiff to file an amended complaint or to notify the court he is willing to proceed only on the claims found cognizable therein. (Doc. 13.) Plaintiff's has not yet responded. Thus, his request for discovery is premature. Accordingly, Plaintiff's motions for discovery (Docs. 8, 11) are DENIED without prejudice.

IT IS SO ORDERED.

   Dated: **July 7, 2017**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE